IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN MICHAEL CARNEY                      PLAINTIFF

v.                No. 4:24-cv-792-DPM

MORGAN E. WELCH, in his capacity as
Circuit Judge for Pulaski County
Arkansas, Sixteenth Division; CENTRAL
ARKANSAS RADIATION THERAPY
INSTITUTE, INC. d/b/a CARTI;
DOCTORS COMPANY; BRENT DAVID
CAMERON, M.D.; MATTHEW EMERY
HARDEE, M.D.                          DEFENDANTS

## JUDGMENT

Carney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2024